Submitted on record and appellant's brief January 31, reversed
February 13, 1978

LARRY E. WHITESIDES, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 10-77-078, CA 9512)

574 P2d 366

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed.